IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERIC HORTON**                                                                                  **PLAINTIFF**

**v.**                            **Case No. 4:20-cv-01501-LPR**

**ATRIUM HOSPITALITY, LP**                                **DEFENDANTS**
**D/B/A EMBASSY SUITES and**
**DELANE MCCOY**

## JUDGMENT

In accordance with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 29th day of March 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT